PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Leonard Satisky

**Docket Number:** 08-221-01
**PACTS Number:** 50250

**Name of Sentencing Judicial Officer:** Honorable Joseph A. Greenaway, Jr.

**Date of Original Sentence:** 06/30/2008

**Original Offense:** Making and Subscribing a False Income Tax Return (2 counts); 26 U.S.C. 7206(1)

**Original Sentence:** 2 years probation, each count concurrent

**Special Conditions:** DNA Collection; Financial Disclosure; Cooperate with Internal Revenue Service; New Debt, $2,000 fine; $200 Special Assessment.

**Type of Supervision:** Probation

**Date Supervision Commenced:** 6/30/08

**Assistant U.S. Attorney:** Justin W. Arnold, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Joshua P. Cohn, Park 80 Plaza West-One Saddle Brook, New Jersey 07663 (201) 845-9600

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states 'The defendant is to fully cooperate with the Internal Revenue Service by filing all delinquent or amended returns within six months of the sentence date and to timely file all future returns that come due during the period of probation. The defendant is to properly report all correct taxable income and claim only allowable expenses on those returns. The defendant is to provide all appropriate documentation in support of said returns. Upon request, the defendant is to furnish the Internal Revenue Service with information pertaining to all assets and liabilities, and the defendant is to fully cooperate by paying all taxes, interest and penalties due, specifically the amount of $100 within monthly , and otherwise comply with the tax laws of the United States.' |

The offender refuses to provide the assigned Revenue Officer of the Internal Revenue Service with requested records and documentation, including bank statements and proof of income, in a timely manner or otherwise. The offender also refuses to make himself available to meet or talk to the IRS Revenue Officer and, on more than one occasion, has abruptly terminated conversations and telephone calls with IRS officials. The offender has failed to establish a payment plan for his taxes due and owing and has not worked with the Revenue Officer to avoid adding to his tax arrears.

For example, in a meeting the Revenue Officer and the Probation Officer in January 2009, Satisky reported monthly income of $4,637 and monthly expenses of $5,140. However, when the offender was questioned concerning certain non-necessary monthly expenses, such as expensive pet food and manicures for his pets, Satisky replied that he will not stop buy his pets their special food, and that the IRS cannot make him stop. In another meeting with the Revenue Officer in June 2009, the offender told the IRS he has no funds to pay his taxes, and if the IRS requires him to make payments he will "go back to court."

Additionally, the offender left a voice mail for the undersigned officer, stating specifically that he refuses to pay his taxes and cooperate with the IRS, despite being aware of the fact that this noncompliance could result in the revocation of his probation.

2          The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $2,000; it shall be paid in the following manner: at a rate of no less than $100 per month .**'

Despite his ability to pay, the offender has not made a fine payment since November 17, 2008. His fine is in default and his balance is $1,800.

I declare under penalty of perjury that the foregoing is true and correct.

By: Erika M. Arnone
U.S. Probation Officer
Date: 11/23/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: December 22, 2009 at 11:00 am.
[ ] No Action
[ ] Other

Signature of Judicial Officer

11-30-09
Date